ALBANY,
Oct. 1828.

Worden
v.
Orange County Bank.

---

## WORDEN *ads.* ORANGE COUNTY BANK.

PROCEEDINGS on attachment. At the last term a rule was granted that the cashier of the Orange County Bank pay a taxed bill of costs awarded against the bank, or shew cause why an attachment should not issue against him. (*Ante,* 94.) He now shewed cause, that he was not personally responsible, and that he had no control over the funds of the institution.

A rule to shew cause why a *distringas* should not issue, will be awarded against a banking company, for the non-payment of a bill of costs.

*L. H. Palmer,* for cashier.

*By the Court,* SAVAGE, Ch. J. We were aware, at the last term, that this probably would be the answer of the cashier, and after directing the entry of the rule, had intended to have made a new order, but it escaped us. We now direct a rule, that the president, directors and company of the Bank

ALBANY,  of Orange County pay the costs in this case, or shew cause,
Oct. 1828.  by the first day of the next term, why a *distringas* should not
~~~~~~~  issue, to compel the payment. (*Cowper's R.* 85.)
The People
v.
Herkimer C. P.